# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL E. VANDERMARLIERE, individually, and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PNC BANK, N.A.<br><br><br>   Defendant. | Case No. 4:22-cv-12862-SDK-KGA<br><br>Judge Shalina D. Kumar<br>Magistrate Kimberly G. Altman |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff MICHAEL E. VANDERMARLIERE and Defendant PNC BANK, N.A., having filed with this Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation is approved. The action against PNC BANK, N.A., is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

DATED: April 10, 2023                 s/Shalina D. Kumar
                                                          Shalina D. Kumar
                                                          United States District Judge